# Exhibit A



**null / ALL**
**Transmittal Number: 18436310**
**Date Processed: 07/16/2018**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>Three Nationwide Plaza<br>Columbus, OH 43215 |

| | |
|---|---|
| **Electronic copy provided to:** | Ashley Roberts |

| | |
|---|---|
| **Entity:** | Nationwide Mutual Insurance Company<br>Entity ID Number  3277054 |
| **Entity Served:** | Nationwide Mutual Insurance Company |
| **Title of Action:** | Robert Scaturro vs. Nationwide Mutual Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Madison County Circuit Court, Illinois |
| **Case/Reference No:** | 2018L 000727 |
| **Jurisdiction Served:** | Ohio |
| **Date Served on CSC:** | 07/16/2018 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Nationwide Mutual Insurance Company on 07/16/2018 |
| **How Served:** | Client Direct |
| Sender Information: | Roth Law Offices LLC<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

L001332490730716 18

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.org

CASE No. 2018 L 000727

DATE: June 04, 2018

ROBERT SCATURRO

                    PLAINTIFF

VS.

NATIONWIDE MUTUAL INSURANCE COMPANY
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215

                    DEFENDANT

DEFENDANT:  NATIONWIDE MUTUAL INSURANCE COMPANY

   You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

   This summons may not be served later than 30 days after its date.

   WITNESS MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this June 4, 2018 .

                    MARK VON NIDA
                    CLERK OF THE CIRCUIT COURT

                    BY: _____
                    Deputy Clerk

====================================================================================
(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
RONALD A. ROTH
ROTH LAW OFFICES LLC
2421 CORPORATE CENTRE DR
STE 200
GRANITE CITY, IL 62040

Date of Service:_____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

                              1 of 2

**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.**

L0013324907407161 8

CASE No. 2018 L 000727

STATE OF ILLINOIS }
MADISON COUNTY   } ss.

   I, _____, Sheriff of said county, have duly served the within summons on the defendant
_____ by leaving a copy thereof with said defendant personally, on the _____ day of
_____, 20____.
=================================================================================================================================
=

I have duly served the said summons on the defendant, _____
on the _____ day of _____, 20_____, by leaving a copy of
said summons on said date at his/her usual place of abode with _____, a person of the
family of said _____ of the age of 13 years or upwards and by informing such persons with whom
said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____,
20_____, in a sealed envelope, with postage fully prepaid, addressed to said defendant
_____, at his/her usual place of abode, as stated hereinabove in my return.


   Dated this _____ day of _____, 20_____.


         _____                            Sheriff
=================================================================================================================================

         Sheriff's Fees

         Service................$_____

         Making Copies..........$_____

         Miles Traveled..$_____

         Cost of mailing copies  $_____

         Return..................$_____

         Total...................$_____

ROBERT SCATURRO

                    PLAINTIFF

   VS.

NATIONWIDE MUTUAL INSURANCE COMPANY
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215


                    DEFENDANT


                    2 of 2

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ROBERT SCATURRO,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )  No.
                                    )
NATIONWIDE MUTUAL INSURANCE         )
COMPANY,                            )
**Serve at: One Nationwide Plaza**  )
          **Columbus, OH 43215**    )
          Defendant.                )

## **COMPLAINT**

### **COUNT I**

Comes now Plaintiff, Robert Scaturro, by and through his attorney, Ronald A. Roth of the

Roth Law Offices, LLC, and for Count I of his cause of action against Nationwide Mutual Insurance

Company, states:

1. Robert Scaturro is a resident of Madison County, Illinois, and owns real property located

at 4140 Pontoon Road, in Pontoon Beach, Illinois.

2. Nationwide Mutual Insurance Company is a mutual insurance company with policy

holders throughout the United States.

3. Robert Scaturro purchased an insurance policy covering the property located at 4140

Pontoon Road, Pontoon Beach, Illinois, from Nationwide Mutual Insurance Company on

February 5, 2016. A copy of said policy is attached hereto as Exhibit A. It states, at 0001296, that

it includes a business and personal property coverage form.

4. On September 4, 2016, the building suffered substantial damage by reason of a flood.

1

5. Plaintiff, in addition to owning the building, operated a substantial advertising agency within the building. Because of the flood and the damage, Plaintiff was unable to operate the business without payments by the insurer which would allow the building to be kept in operation. In addition, the nature of the business was such that substantial business would be lost if the business did not put out advertising as promised to customers in a timely way.

6. Because of delays by Defendant which were unjustified, insurance payments were not made in a timely fashion to Plaintiff.

7. As a result, Plaintiff was not able to keep the business operating.

8. Plaintiff, as a result of the failure of Defendant to make timely payments in accordance with their policy, has suffered consequential damages for loss of business in excess of Two Hundred Fifty Thousand Dollars ($250,000.00).

WHEREFORE, Plaintiff, Robert Scaturro, prays judgment against Defendant, Nationwide Mutual Insurance Company, in an amount in excess of Two Hundred Fifty Thousand Dollars ($250,000.00), plus interest since the date of the incident.

## COUNT II

Comes now Plaintiff, Robert Scaturro, by and through his attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count II of his cause of action against Nationwide Mutual Insurance Company, states:

1. Robert Scaturro is a resident of Madison County, Illinois, and owns real property located at 4140 Pontoon Road, in Pontoon Beach, Illinois.

2. Nationwide Mutual Insurance Company is a mutual insurance company with policy holders throughout the United States.

2

3.  Robert Scaturro purchased an insurance policy covering the property located at 4140 Pontoon Road, Pontoon Beach, Illinois, from Nationwide Mutual Insurance Company on February 5, 2016.  A copy of said policy is attached hereto as Exhibit A.  It states, at 0001296, that it includes a business and personal property coverage form.

4.  Robert Scaturro purchased this policy on line.  It was Mr. Scaturro's intention to purchase coverage for personal property as well as the real estate.

5.  The attached policy which he purchased is ambiguous in that it contains provisions concerning coverage of personal property, does not contain any exclusion of personal property and contains other declarations which are ambiguous and do not fairly advise him that personal property is not covered.

6.  Mr. Scaturro, based on this, believed that he was covered for loss of personal property. He was never told otherwise.

7.  When the flood occurred on September 4, 2016, personal property with more than $250,000.00 was destroyed.  Plaintiff made a claim for the personal property destroyed but, to his surprise, Mr. Scaturro was told there was no coverage for personal property on premises, despite policy language indicating otherwise.

8.  As a result of said failure to pay the claim, the Plaintiff has been damaged in an amount in excess of Two Hundred Fifty Thousand Dollars ($250,000.00).

9.  In addition, there is coverage for personal property and does not contain an exclusion is a violation of Section 155 of the Illinois Insurance Code, which allows for payment of a 25% penalty, plus attorney's fees and costs of litigation.

WHEREFORE, Plaintiff, Robert Scaturro,  prays judgment against Defendant, Nationwide

Mutual Insurance Company, in an amount in excess of Two Hundred Fifty Thousand Dollars ($250,000.00), plus interest since the date of the incident, plus the penalty as provided in Section 155 of the Illinois Insurance Code, attorney's fees and costs.

/s/Ronald A. Roth
Ronald A. Roth #03122075
Roth Law Offices, LLC
2421 Corporate Centre Drive, Ste. 200
Granite City, IL 62040
#618/931-5000
Fax #618/931-6474
raroth@rothlaw.com
Attorney for Plaintiff

4

**Nationwide°**
*On Your Side℠*

IN 74 42 03 07

★★★★★★   **IMPORTANT INSURANCE INFORMATION**   ★★★★★★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# CONSUMER REPORT INQUIRY NOTICE

Consumer reports, including credit history may have been ordered from a consumer reporting agency to underwrite and/or rate your insurance policy. You have the right to access this information and request correction of any inaccuracies. Your consumer reports, including your credit history are not affected in any way by our inquiry.

We are committed to respecting your privacy and safeguarding your personal information.



**Nationwide®**
*On Your Side®*

## COM-PAK SUMMARY

**PRINTED  02/23/2016**

ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215-2220

| | | |
|---|---|---|
| Number: | ACP  3007426298 | Effective from 02/05/2016  to 02/05/2017 |

Named Insured: **ROBERT SCATURRO**

**DBA SENIOR REFERRAL SERVICES**

Mailing Address:   **4140 PONTOON RD**

**GRANITE CITY, IL 62040-4535**

Agency Name: **Nationwide Sales Solutions Inc**    10   06281-966    23 .   CSC

Agency Address: **DES MOINES IA 50391-2010**    (800)421-1444
Producer:   **OMASEY JEMERIGBE**

| Division | Program | Total Premium | Commission |
|---|---|---|---|
| A | COMMERCIAL GENERAL LIABILITY (NATIONWIDE) | $600.00 | $60.00 |
| B | COMMERCIAL PROPERTY (NATIONWIDE) | $1,480.00 | $148.00 |

Not a bill. Your bill is sent separately.
NI

| | | |
|---|---|---|
| | Estimated Total Premium: | $  2,080.00 |
| | Estimated Total Commission: | 208.00 |

This Com-Pak  is a portfolio of individual policies which serves to combine
various insurance coverages written under a group of separate contracts
of insurance.

**PAKSUM 01 08**

DIRECT BILL   EMM340    LD9D    2016053    AGENT COPY    ACP   3007426298    23   0001287

IN 72 39 01 15

## NOTICE OF TERRORISM INSURANCE COVERAGE
## NOTICE – DISCLOSURE OF PREMIUM

**Applies to all Commercial Policies, except for Farmowners Multiperil, Business Auto, Crime, and Workers Compensation**

**(This disclosure notice does not provide coverage, and it does not replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.)**

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed. As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government pays the following percentage of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

85%, for insured losses occurring before January 1, 2016;
84%, for insured losses occurring during the 2016 calendar year;
83%, for insured losses occurring during the 2017 calendar year;
82%, for insured losses occurring during the 2018 calendar year;
81%, for insured losses occurring during the 2019 calendar year; and
80%, for insured losses occurring on or after January 1, 2020.

The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurer's liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is $0, and does not include any charges for that portion of losses covered by the United States Government under the Act.

IN 72 39 01 15                                                                                      Page 1 of 1

DIRECT BILL   EMM340         LD9D      2016053      AGENT COPY      ACP   3007426298            23   0001288

L00133249008207161818

NATIONWIDE MUTUAL INSURANCE COMPANY
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215-2220

06281
NEW BUSINESS

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

Policy Number: **ACP  GLO  3007426298**

Named Insured: **SCATURRO, ROBERT - DBA**
**SENIOR REFERRAL SERVICES**

Address: **4140 PONTOON RD**
**GRANITE CITY          IL  62040-4535**

Agent: **Nationwide Sales Solution**                                    **10-06281-966**          **CSC**
Address: **DES MOINES IA          50391    PRODUCER: OMASEY JEMERIGBE**

Policy Period:    From **02/05/16**  to **02/05/17**   12:01 A.M. standard time at the address of the named insured as stated herein.

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

## LIMITS OF INSURANCE

| | | |
|---|---|---:|
| **GENERAL AGGREGATE LIMIT (other than products-completed operations)** | $ | 2,000,000 |
| **PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT** | $ | 2,000,000 |
| **PERSONAL AND ADVERTISING INJURY LIMIT** | $ | 1,000,000 |
| **EACH OCCURRENCE LIMIT** | $ | 1,000,000 |
| **DAMAGE TO PREMISES RENTED TO YOU LIMIT (any one premises)** | $ | 100,000 |
| **MEDICAL EXPENSE LIMIT (any one person)** | $ | 5,000 |

Retroactive Date (CG0002 only)

The Named Insured is: **INDIVIDUAL**
Business of the Named Insured is: **PRINTING AND MAILING SERV**
Audit Period: **ANNUAL**

ENDORSEMENTS ATTACHED TO THIS POLICY

**SEE COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS SCHEDULE**

**TOTAL ADVANCE PREMIUM**          $          **600.00M**

Replacement or
Renewal Number

Countersigned By _____
                         Authorized Representative

GL-D (10-98)

DIRECT BILL    LD9D 16054    Comm. 1000          AGENT COPY          ACP GLO 3007426298          921417514      23      0001289

L0013324908307161  8

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**ONE NATIONWIDE PLAZA**
**COLUMBUS, OH 43215-2220**

## COMMERCIAL GENERAL LIABILITY SCHEDULE

Policy Number: **ACP GLO   3007426298**

| Item No., Location and Description of Hazards | Code No. | Premium Basis | Rates | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | OTHER | PR/CO | OTHER | PR/CO |
| 001A     IL-504<br>MAILING OR ADDRESS-<br>ING COMPANIES<br>INCLUDING PRODUCTS<br>AND/OR COMPLETED<br>OPERATIONS<br>4140 PONTOON RD | 45937 | GROSS SALES<br>320,000 | PER THOUSAND<br>.501 | | $218MIN | |
| GRANITE CITY<br>IL620404535 | | | | | | |
| MINIMUM PREMIUM<br>ADJUSTMENT | | | | | $382 | |

Total Advance Other and PR/CO          **$600MIN**

TOTAL ADVANCE PREMIUM          **$600MIN**

NOTE:  For classes based on payroll each Executive Officer, Sole Proprietor or Partner may be subject to a fixed amount.

**GL-DS (12-93)**

DIRECT BILL     LD9D  16064                              AGENT COPY                    ACP GLO 3007426298          921417514     23    0001290

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**ONE NATIONWIDE PLAZA**
**COLUMBUS, OH 43215-2220**

### COMMERCIAL GENERAL LIABILITY FORMS AND ENDORSEMENTS

Number: **ACP GLO   3007426298**                    Period:   From **02/05/16** To **02/05/17**

Named Insured:  **SCATURRO, ROBERT - DBA**

| Form | Date | Title |
|------|------|-------|
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0200 | 1207 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| CG2106 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| CG2144 | 0798 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT |
| CG2147 | 1207 | EMPLOYMENT - RELATED PRACTICES EXCLUSION |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2170 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG7033 | 0393 | TWO OR MORE COVERAGE FORMS OR POLICIES ISSUED BY US |
| CG7060 | 1096 | EXCLUSION - ASBESTOS, LEAD AND RADON |
| CG7145 | 1203 | ILLINOIS EXCLUSION - PUNITIVE DAMAGES |
| CG7463 | 1013 | POLLUTION EXCLUSION AMENDMENT - ILLINOIS |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| IL0147 | 0911 | ILLINOIS CHANGES - CIVIL UNION |
| IL0162 | 1013 | ILLINOIS CHANGES - DEFENSE COSTS |
| 13614 | 0789 | SPECIAL CONTINUATION PROVISION |

IMPORTANT NOTICES

| | | |
|------|------|------|
| IN7526 | 1215 | IMPORTANT INFORMATION REGARDING YOUR INSURANCE |
| IN7656 | 0412 | THE RELIGIOIUS FREEDOM PROTECTION AND CIVIL UNION ACT OF ILLINOIS POLICYHOLDER |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |

CG 21 44 (07-98)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR
PROJECT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

**SCHEDULE**

**Premises:**
**4140 PONTOON RD, GRANITE CITY, IL 62040 4535**

**Project:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury," "property damage," "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

Copyright, Insurance Services Office, Inc., 1997

L00133249088807/1818

NATIONWIDE MUTUAL INSURANCE COMPANY                    **NEW BUSINESS**
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215-2220

## DECLARATIONS

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | **ACP   CPP   3007426298** | | | **COMMERCIAL PROPERTY** | |

Named Insured:   **SCATURRO, ROBERT = DBA**
                 **SENIOR REFERRAL SERVICES**

Mailing      **4140 PONTOON RD**
Address:     **GRANITE CITY**
             **IL    62040-4535**

| | | | | |
|---|---|---|---|---|
| Agent: | **Nationwide Sales Solutions Inc** | | **10-06281** | **CSC** |
| Address: | **DES MOINES IA** | **50391** | | |
| Producer: | **OMASEY JEMERIGBE** | | | |

Policy Period:  This policy is effective from   **02/05/16**   to   **02/05/17**   12:01 A.M.
                Standard time at the above mailing address.

This policy is subject to the following forms.  Forms specific to a certain building or
item can be found with the specific building and item information on the following pages.

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|---|---|---|---|---|---|---|---|---|
| CP0010 | 1012 | 0 | CP0090 | 0788 | 0 | CP0140 | 0706 | 0 |
| CP1270 | 0996 | 0 | IL0017 | 1198 | 0 | IL0162 | 1013 | 0 |
| IL0935 | 0702 | 0 | IN7527 | 0909 | 0 | IN7809 | 1115 | 0 |
| L10995 | 0107 | 0 | 13614 | 1185 | 0 | | | |

Mortgagee and loss payee information - See schedules CP-DM and CP-DL

Replacement or
Renewal Number

Countersigned _____ By _____
                        Date              Authorized Representative

| | | |
|---|---|---|
| Premium for Certified Acts of Terrorism | $ | 0.00 |
| Total Agent Commission | $ | 148.00 |
| Total Annual Premium | $ | 1,480.00 |
| Total Policy Premium | $ | 1,480.00 |

CP-D (10-98)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DIRECT BILL | EMM340 | 16053 | COMM 100 | AGENT COPY | ACP CPP 3007426298 | 921417514 | 23 | 0001203 |

L00133249087071618

**NATIONWIDE MUTUAL INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE REFERENCE PAGE**

Policy Number: **ACP   CPP   3007426298**          Policy Period: From  **02/05/16**  To  **02/05/17**

Named Insured: SCATURRO, ROBERT = DBA

| Loc. Bld. Item | Address/Description | Limit | Premium |
|---|---|---|---|
| | TOTAL POLICY PREMIUM | | $        1,480.00 |
| | POLICY WIDE OPTIONAL COVERAGES | | |
| 1 | 4140  PONTOON  RD<br>GRANITE CITY              IL<br>Protection Class: 03 | | |
| 1 | MAILING OR ADDRESSING COMPANIES | | |
| 1 | BUILDING | $     500,000 | |
| | GROUP 1 | | $        632.00 |
| | GROUP 2 | | $        449.00 |
| | SPECIAL - CAUSE OF LOSS | | $        240.00 |
| | MINE  SUBSIDENCE | $     500,000 | $        159.00 |

CP-DR (10-89)

**NATIONWIDE MUTUAL INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE**

Policy Number: **ACP   CPP   3007426298**          Policy Period:  From **02/05/16** To **02/05/17**

Named Insured: SCATURRO, ROBERT = DBA

---

**\*\*\*\*   Premise No   01   \*\*\*\*  Total Premium $     1,480.00**

Address: 4140 PONTOON RD
City: GRANITE CITY          State: IL          Zip Code: 62040-4535

Description: MAILING

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx |
| CP7104 | 0707 | 0 | IL0118 | 1010 | 0 | IL0284 | 1205 | 0 |
| IL0952 | 0115 | 0 | IN7404 | 0107 | 0 | | | |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
**\*\*   Building No   01   \*\*   Total Premium $     1,480.00**

Occupancy Group - SERVICE
Description: MAILING OR ADDRESSING COMPANIES
Construction Type: FRAME

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx |

**Coverages Provided**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|--------------------|-------------|------------|---------|
| 01 | BUILDING | $   500,000 | SPECIAL | 90% | 1000 | 1,480.00 |

Description:MAILING

Optional Coverages:
Replacement Cost
Inflation Guard    4%
Mine Subsidence Coverage: Coverage Limit     500,000     Premium $159.00

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx | xxxx |
| CP1030 | 1012 | 0 | IL0912 | 1011 | 0 | IN7058 | 0115 | 0 |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

CP-DS (10-89)

**NATIONWIDE MUTUAL INSURANCE COMPANY**

### COMMERCIAL PROPERTY FORMS AND ENDORSEMENTS

Policy Number: **ACP  CPP  3007426298**　　　　Policy  Period:  From **02/05/16**  To **02/05/17**

Named Insured:  **SCATURRO, ROBERT =  DBA**

| Form | Date | Title |
|------|------|-------|
| CP0010 | 1012 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| CP0090 | 0788 | COMMERCIAL PROPERTY CONDITION |
| CP0140 | 0706 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP1030 | 1012 | CAUSES OF LOSS - SPECIAL FORM |
| CP1270 | 0996 | JOINT OR DISPUTED LOSS AGREEMENT |
| CP7104 | 0707 | AMENDATORY ENDORSEMENT |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| IL0118 | 1010 | ILLINOIS CHANGES |
| IL0162 | 1013 | ILLINOIS CHANGES - DEFENSE COSTS |
| IL0284 | 1205 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| IL0912 | 1011 | ILLINOIS CHANGES - MINE SUBSIDENCE - NON-RESIDENTIAL BUILDING |
| IL0935 | 0702 | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL0952 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| IN7058 | 0115 | ILLINOIS NOTICE AND WAIVER OF MINE SUBSIDENCE COVERAGE |
| IN7404 | 0107 | IMPORTANT FLOOD INSURANCE NOTICE |
| IN7527 | 0909 | IMPORTANT INFORMATION REGARDING YOUR INSURANCE |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| LI0995 | 0107 | CONDITIONAL EXCLUSION OF TERRORISM |
| 13614 | 1185 | SPECIAL CONTINUATION PROVISION |

**Nationwide®**

L00133249090074648   ide Sales Solutions Inc
(800) 421-1444

## Robert Scaturro
## Senior Referral Services
*Commercial Insurance Application*

Quote Number:  ACP 3007426298                                    Effective:  02/05/2016 to 02/05/2017

**Binding Information**
Agent                            06281 - Nationwide Sales Solutions Inc
Producer                         966 - OMASEY SANDRA JEMERIGBE
State Producer License Number    16706902

Is Coverage Bound?   Yes                              Date/Time Bound    02/05/2016   01:15 PM CST

**Account Summary**

| Coverage Type | Policy Prefix | Company | Premium |
|---|---|---|---|
| Commercial Property | CPP | Nationwide Mutual Insurance Company | $ 1,480.00 |
| General Liability | GLO | Nationwide Mutual Insurance Company | $ 600.00 |
| | | **Total Premium:** | **$ 2,080.00** |

This quote is based on information provided and rates in force at the time of quotation and is subject to underwriting. Any changes to the information submitted, made for any reason, including but not limited to underwriting actions, loss control, verification and validation of information or changes initiated at the time of submission, may result in a change in the final premium offered.
Coverage is not bound and no coverage will be afforded by this quotation. This insurance quote is not a part of the insurance policy. If there is any discrepancy in the coverages shown in this quote and that of the actual policy issued, the policy coverages will prevail.

**Billing Summary**
Billing Method :     Direct Bill
Down Payment Amount :    $347.00
Billing Frequency :    Monthly
Payment Plan :         12 Pay Plan
Down Payment Method :    Credit Card
Suspense Number :      8857803
Flex Chek :            No

The applicant has read, understands, and agrees to abide by the terms and conditions outlined in this application . . . . . . . . . . ☒ Yes   ☐ No
By checking this box, I am providing my electronic signature to this document. Agent Signature: . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No
The undersigned is an authorized representative of the applicant and certifies that reasonable inquiry has been made to obtain the answers to questions on this application. He/She certifies that the answers are true, correct and complete to the best of his/her knowledge.

_____                                  _____
Applicant's Signature                                                         Date

**Nationwide®**

L001332490910 Nationwide Sales Solutions Inc
(800) 421-1444

## Robert Scaturro
## Senior Referral Services
*Commercial Insurance Application*

Quote Number:  ACP 3007426298                          Effective:  02/05/2016 to 02/05/2017

**Notice of Insurance Information Practices**

Personal information about you, including information from a credit report, may be collected from persons other than you in connection with this application for insurance and subsequent policy renewals. Such information as well as other personal and privileged information collected by us or our agents may in certain circumstances be disclosed to third parties without your authorization. You have the right to review your personal information in our files and can request correction of any inaccuracies. A more detailed description of your rights and our practices regarding such information can be accessed using the 'Privacy Statement' link located at the bottom of the Agent Center or by contacting your agent or broker and asking for additional details about our information and disclosure practices.

Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and (NY: Substantial) civil penalties. (Not applicable in CO, FL, HI, MA, NE, OH, OK, OR, or VT; in DC, LA, ME, TN, VA and WA, insurance benefits may also be denied.)

Florida, any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

The applicant has read, understands, and agrees to abide by the terms and conditions outlined in this application . . . . . . . . . ☒ Yes    ☐ No
By checking this box, I am providing my electronic signature to this document. Agent Signature: . . . . . . . . . . . . . . . . . . . ☒ Yes    ☐ No
The undersigned is an authorized representative of the applicant and certifies that reasonable inquiry has been made to obtain the answers to questions on this application. He/She certifies that the answers are true, correct and complete to the best of his/her knowledge.

Applicant's Signature                                                                                      Date

One Nationwide Plaza                              Page 2                              Columbus, OH 43215-2220

**Nationwide®**

(800) 421-1444

## Robert Scaturro
### Senior Referral Services
*Commercial Insurance Application*

uote Number:  ACP 3007426298                                        Effective:  02/05/2016 to 02/05/2017

---

**pplicant Profile**

as any policy been cancelled or non-renewed within the past five years? ..................................... ☐ Yes    ☒ No

as the applicant been involved in any lawsuits? ........................................................... ☐ Yes    ☒ No

ave any judgements orliens been rendered against the applicant? ............................................ ☐ Yes    ☒ No

oes the applicant have subsidiaries? ..................................................................... ☐ Yes    ☒ No

**perations**

ow many years has the applicant been in this line of work?        10    years

ear Business Started      2011

ease select all operations that apply

Contracting                          ☐ Apartments/Condos/Dwellings       ☐ Hotel/Motel
Grocery/Convenience Store            ☐ Restaurant/Food Service           ☐ Wholesale/Distributor
Golf Course                          ☐ Churches                         ☒ Printers
Lessor's Risk                        ☐ Other

ross Annual Receipts      $ 100,000

escribe the applicant's operations, including a description by premises.
    general mail printing services, bills, etc. Then mail them out.

oes the applicant have a website pertaining to these operations? .............................................. ☐ Yes    ☒ No

or each Line of Business submitted with this application, does the applicant have any other exposures that have not been    ☐ Yes    ☒ No
entified? ..................................................................................................

elect the applicant's risk management practices:
    ☒ No formal programs

o employees use their personal auto for the delivery of food or other goods? ................................. ☐ Yes    ☒ No

**amed Insureds**
obert  Scaturro
BA: Senior Referral Services
ntity Type: Individual
S# XXX-XX-1111

**ddresses**
140 Pontoon Rd
ranite City, IL 62040 - 4535
ladison
ddress Type: Primary, Mailing, Billing

**ccount Contacts**
sured Contact:               Omasey  Jemerigbe
                             Work Phone: (515) 864-5776
                             Email: jemerio2@nationwide.com

oducer Contact:             Robert  Scaturro
                             Work Phone: (618) 975-8202
                             Email: rscat7@gmail.com

---

L0013324909307N8M8   ne Sales Solutions Inc
(800) 421-1444

**Robert Scaturro**
**Senior Referral Services**
*Commercial Insurance Application*

uote Number:  ACP 3007426298                           Effective:  02/05/2016 to 02/05/2017

**rior Carrier**
as the applicant had prior insurance with standard markets for all lines of business included on the quote? . . . . . . . . . . . . ☒ Yes     ☐ No

arrier                          None

**oss History**
as the applicant had any losses associated with the lines quoted in the past three years? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes     ☒ No

**Nationwide®**

LO0133249094074Toll 8 abeSales Solutions Inc
(800) 421-1444

### Robert Scaturro
### Senior Referral Services

*Commercial Insurance Application*

Quote Number:  ACP 3007426298                              Effective:  02/05/2016 to 02/05/2017

## Commercial Property

**General**

Are any of the buildings vacant? ........................................................................ ☐ Yes   ☒ No

Does the exterior of any  building include Exterior Insulation Finishing Systems (EIFS)? ........................... ☐ Yes   ☒ No

**Nationwide®**

L0013324909507 Nat 8    ide Sales Solutions Inc
(800) 421-1444

## Robert Scaturro
### Senior Referral Services
*Commercial Insurance Application*

Quote Number: ACP 3007426298                    Effective: 02/05/2016 to 02/05/2017

### Commercial Property

| | | | |
|---|---|---|---|
| **Policy 1 :** | CPP | **Total Policy Premium** | **$ 1,480.00** |
| **States of Operation:** | Illinois | | |
| **Primary Operations State:** | Illinois | | |

Premium for Certified Acts of Terrorism                                    $ 0.00

| Policywide Options | Limit | Deductible | Premium |
|---|---|---|---|
| | | | |

| Schedule Summary | Total Limit |
|---|---|
| Location 1 | |
| Building 1 | $ 500,000 |

**Schedule**

Location 1
1140 Pontoon Rd, Granite City, IL 62040 - 4535
Occupancy : MAiling
CSP Territory : 305
Protection Class : 03

**Building 1**

**General Information**

| | |
|---|---|
| Original Year Built | 1994 |
| Occupancy Certified Year | 1994 |
| Number of Stories | 1 |
| Building Construction | Frame |
| Roof Type | Asphalt |
| Total Area (Sq Ft) | 3,000 |
| Classification Code | 0921 |
| Classification Description | Mailing or Addressing Companies |
| Owner Occupied | |
| Occupancy Group | Service |
| Burglar Alarm | None |
| Watchman Service | None |
| Building Code Effectiveness Grade | 99 |
| Individually graded | No |

**Building Improvement**

Have the roof, wiring, heating, and/or plumbing systems been updated since original Construction? .................. ☐ Yes  ☒ No
Are there any other occupancies in the building? ...................................................... ☐ Yes  ☒ No

**Nationwide®**  L00'133249096074048  Business Solutions Inc
(800) 421-1444

**Robert Scaturro**
**Senior Referral Services**
*Commercial Insurance Application*

uote Number:  ACP 3007426298                                    Effective:  02/05/2016 to 02/05/2017

## General Liability

**eneral**

re there any buildings or premises owned or occupied by the applicant but not described on this application? .......... ☐ Yes ☒ No

ave there been any losses or claims relating to allegations of sexual abuse, molestation, discrimination or negligent ring? ............................................................................................................... ☐ Yes ☒ No

this business operated from a private residence? ...................................................... ☐ Yes ☒ No

ave any operations been sold, acquired, or discontinued in the last 5 years? ................................... ☐ Yes ☒ No

oes the applicant hire or contract for services?  (e.g., building repairs, snow removal, janitorial services, etc.) .......... ☐ Yes ☒ No

**roducts/Completed Operations**

re any of the applicant's products related to the aircraft or space industry? ................................... ☐ Yes ☒ No

ave any of the applicant's products been recalled, discontinued or changed? ................................... ☐ Yes ☒ No

re products of others sold or re-packaged under the applicant's label? ....................................... ☐ Yes ☒ No

re products manufactured or sold under the label of others? .............................................. ☐ Yes ☒ No

vendors coverage required?  ........................................................................... ☐ Yes ☒ No

**rinter**

o customers sign forms acknowledging acceptance of the final printed product? ............................... ☐ Yes ☒ No

oes the applicant obtain a contract release on copyrighted material? ....................................... ☐ Yes ☒ No

**Nationwide°**

L00133249097074848   Ils Sales Solutions Inc
(800) 421-1444

## Robert Scaturro
### Senior Referral Services
*Commercial Insurance Application*

Quote Number:  ACP 3007426298                                 Effective: 02/05/2016 to 02/05/2017

## General Liability

Policy 1 :                      GLO                                    Total Policy Premium    $ 600.00
States of Operation:            Illinois
Primary Operations State:       Illinois

Premium for Certified Acts of Terrorism                                                       $ 0.00

| Coverage | Limit | Deductible | Premium |
|---|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 | | Included |
| Products - Completed Operations Aggregate | $ 2,000,000 | | Included |
| Personal and Advertising Injury | $ 1,000,000 | | Included |
| Each Occurrence | $ 1,000,000 | | Included |
| Damage to Premises Rented to you - any one premise | $ 100,000 | | Included |
| Medical Expense Limit - any one person | $ 5,000 | | Included |

**Policywide Characteristics**

**Schedule**

Location 1
1140 Pontoon Rd
Granite City, IL 62040 - 4535
Territory  504

| Classification Description | Code Number | Rating Basis | Exposure | Rate Other | Rate PR/CO | Premium Other | Premium PR/CO |
|---|---|---|---|---|---|---|---|
| Mailing or Addressing Companies | 45937 | Gross Sales | 320,000 | 0.501 | Included | $ 218.00 | Included |

**Nationwide®**

L0013324909807 NW18   Ide Sales Solutions Inc
(800) 421-1444

## Robert Scaturro
### Senior Referral Services
*Commercial Insurance Application*

Quote Number:   ACP 3007426298                    Effective:  02/05/2016 to 02/05/2017

**Attachments Information**
Are there any attachments to submit with this application? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☒ No

Nationwide®

# Robert Scaturro
## Senior Referral Services
### *Commercial Insurance Application*

Note Number: ACP 3007426298                                  Effective: 02/05/2016 to 02/05/2017

## For Internal Use Only

**Account Summary**
| | | | | |
|---|---|---|---|---|
| First Quoted | 10/19/2015 11:28 AM CDT | Current Policy Number | | |
| Account Origin | New Business | First In Conflict | No | |
| Serviced By | Agency | | | |

**Pricing Modifications Summary**

| Line of Business (Prefix) | Pricing Modification | Credit | Debit | Final Premium |
|---|---|---|---|---|
| Commercial Property & Contractors Property (CPP) | None | None | None | $ 1,480.00 |
| General Liability (GLO) | None | None | None | $ 600.00 |
| | | | **Total:** | **$ 2,080.00** |

**Underwriting Instructions:**
Account: Standard

| **Lines of Business:** | **Underwriting:** |
|---|---|
| Commercial Property (CPP) | Standard |
| General Liability (GLO) | Standard |

One Nationwide Plaza                          Page 11                          Columbus, OH 43215-2220

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ROBERT SCATURRO,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )  No.
                                    )
NATIONWIDE MUTUAL                   )
INSURANCE COMPANY,                  )
                                    )
            Defendant.              )

## AFFIDAVIT OF DAMAGES

Comes now Ronald A. Roth, attorney for Plaintiff in the above matter, and pursuant to Supreme Court Rules, hereby states the total of money damages sought in the above-styled matter is in excess of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00).

Further Affiant sayeth not.

Ronald A. Roth #03122075
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 200
Granite City, IL 62040
#618/931-5000
Attorney for Plaintiff

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF MADISON        )

SUBSCRIBED AND SWORN to before me this __1__ day of __June__, 2018.

Notary Public

My Commission Expires:

OFFICIAL SEAL
ELIZABETH A HOFFMAN
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 04-02-2022

1